## MONSERRAT *v.* FOOTE, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *Certiorari.*

No. 76.—Resuelto en junio. 23, 1911.

CERTIORARI—PARTES INTERESADAS.—Solamente en casos muy extraordinarios procederá el libramiento de un auto de *certiorari* a petición de una persona que no haya sido parte en el pleito cuya revisión pretenda.

ID.—RECURSO EXTRAORDINARIO—RECURSO ADECUADO EN LEY.—Cuando el peticionario tiene en el curso ordinario de la ley un recurso adecuado y eficaz para defender sus derechos, no puede ejercitar el extraordinario de *certiorari.*

Los hechos están expresados en la opinión.

Abogados del peticionario: *Sres. Eduardo Acuña y Alfredo Arnaldo.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El presente es un recurso de *certiorari.* Presentada la solicitud se expidió el auto y se señaló para la vista el 19 de junio actual. En dicho día comparecieron el peticionario y la parte interesada en el pleito a que se refiere el *certiorari* por medio de sus abogados, quienes informaron ampliamente.

Hemos estudiado cuidadosamente el caso y opinamos que debe anularse el auto expedido.

El peticionario no fué ni es parte en el pleito a que se refiere el recurso, o sea el No. 1,084 de la Corte de Distrito de Mayagüez, seguido por la *American Trading Co.* v. *Francisco Arán Cuascú, et al.,* sobre acción hipotecaria, y según opinión de esta Corte Suprema en *Delgado* v. *Cabassa,* 2 Castro, Decisiones de Puerto Rico, 463, solamente en casos muy extraordinarios, lo que no sucede en éste que resolvemos, procederá

el libramiento de un auto de *certiorari* a petición de una persona que no ha sido parte en el pleito cuya revisión pretenda.

Además, según aparece de la misma solicitud, el peticionario tiene para defender sus alegados derechos un recurso adecuado y eficaz en el curso ordinario de la ley, y en tal virtud no procede el extraordinario de *certiorari,* según la constante jurisprudencia de esta corte.

*Denegada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.